**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 2 WM 2022

                Respondent            :

         v.                      :

ROBERT A. MAIER,                :

                Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of May, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file the already-prepared Petition for Allowance of Appeal within 5 days.